Hamilton, Antowone
T447290

Antwone D. Hamilton / T.447290
Name and Prisoner/Booking Number

Durango Jail DG A 15/4
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Antwone DeWayne Hamilton,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Sheriff; JOE ARPAIO, ET, AL,
(Full Name of Defendant)

(2) Sheriff; PAUL PENZONE, ET, AL,

(3) Maricopa County Sheriff's Dept., ET, AL,

(4) Phoenix, Durango Jail, ET, AL,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-01375-PHX-DJH--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: PHOENIX DURANGO JAIL DG A 15/4

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: **JOE ARPAIO ET. AL**. The first Defendant is employed as: **a SHERiff** at **PHOENiX DURANGO JAIL**.
   (Position and Title)                (Institution)

2. Name of second Defendant: **PAUL PENZONE ET. AL**. The second Defendant is employed as: **COUNTY SHERiff** at **PHOENiX DURANGO JAIL**.
   (Position and Title)                (Institution)

3. Name of third Defendant: **MARicopA COUNTY SHERiff's DEPT. ET. AL**. The third Defendant is employed as: at **PHOENiX DURANGO JAIL**.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: **PHOENiX DURANGO JAIL, ET. AL**. The fourth Defendant is employed as: at **PHOENiX DURANGO facility**.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Title 42, §1983 Public Health and Welfare; Chapter 21. Civil Rights Subchapter 1A Institutionalized-persons.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☒ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Exposure to "Mold", "Asbestos", "Lead Paint". Housed in a facility that is a threat to present and future health issues and/or complications; March 31, 2018 - Present. January 2, thru October 1, of 2015, Plantiff is housed in Durango Jail; D1, D6 & D4 "dayroom house"; sinks would omit "Black" fluids with "parasites" that were "wormlike" in appearance; whereas to perform daily hygiene had to clean Areas to the best of ability with materials and time allowed, thus exposing oneself to "Unknown" substances and bacteria including sewerage, parasites, and mold "Daily".

   Plaintiff seeks immediate financial compensation to the fullest that the Law Allows.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Often suffered Nasea, sickness, often awakend with sore throat because of poor air quality, due to poor ventilation, constant exposure to Mold, deprivation of rights, priveleges, & immunities secured or protected by the Constitution or Laws of the United States.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Title 42. §1983 Public Health and Welfare; Chapter 21 Civil Rights Subchapter 1A INSTITUTIONALIZED PERSONS.</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DETAINED IN OVERCROWDED "CELLS" WHEREAS ALONG SIDE INMATES WITH FATAL & TERMINAL ILLNESSES "SEEN" AND "UNSEEN". "AIRBORNE"- INMATES WITH PROLONGED AND EXTREME COUGHING, VOMITING, AND "B.M" LEFT UNATTENDED BY DETENTION OFFICERS FOR PERIODS OF TIME BECAUSE OF OVERCROWDING COULD NOT RELOCATE REMAINING INMATES TO PREVENT PROLONGED "EXPOSURE"; "PHYSICAL"- DETAINED ALONGSIDE INMATES WITH OPEN "SORES" AND "WOUNDS" SIMILAR TO THOSE OF AIDS PATIENTS. HELD IN "QUARTERS" THAT MADE IT IMPOSSIBLE TO AVOID CONTACT; "MENTAL" - HOUSED IN "QUARTERS" WITH INMATES WITH UNSTABLE MENTAL CONDITIONS, THOSE CONSIDERED TO BE "RULE 11" INMATES THUS CREATING AN UNREASONABLY TENSE AND UNSTABLE ENVIRONMENT, OFTEN INCITING RIOT TYPE CONDITIONS; AND EXCESSIVE CREATION OF BIO HAZARDS BY INMATE SICK AND VOMITING FROM "STREET DRUGS".

   (B.M - BOWEL MOVEMENT(S))

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   EXPOSURE TO EXTREME MENTALLY AND PHYSICALLY UNHEALTHY CONDITIONS. DENIED QUARANTINE UPON REQUEST(S); DEPRIVATION OF RIGHTS, PRIVELEGES AND IMMUNITIES SECURED OR PROTECTED BY THE CONSTITUTION OR THE LAWS OF THE UNITED STATES.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: Title 42, § 1983 Public Health and Welfare; Chapter 21 Civil Rights subchapter 1A, Institutionalized persons.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Inadequate access to information provided by Law Library; when in "pro per" status there is absolutely NO access to any research or facility to properly prepare a defense against charges or allegations, thus often coercing inmates to Accept pleas and to seek Relief thru "Post Conviction" Process; with charges that are felonies prohibits oneself from obtaining certain gainful employment opportunities, whereas affording an attorney infringed upon. "pro-se" inmates are not permitted adequate time or access to public defenders within a span of time to properly prepare for Court Appearances.
   Request for case law in either status is often rejected by a reply "Refer to Attorney of Counsel for Access to the Courts".

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprivation of Rights, Priveleges and immunities secured or protected by the Constitution or Laws of the United States.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(1) Request financial compensation; money for damages in amount no less than ($150.00) One hundred fifty dollars 00/100; for each day housed in facility and not to exceed ($1000.00) One Thousand dollars 00/100; for each day housed in facility. (2) Immediate release from condemned facility without levy or recourse to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2018
          DATE

_____
SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# GRAVES vs. PENZONE

## Maricopa County Sheriff's Office

## Inmate Legal Services

## The attached papers are important legal material
## Deliver immediately upon receipt

**INMATE:** AnTwone Hamilton

**BOOKING NO.:** T447290

**LOCATION:** 3250 W. Lower Buckeye Road D6 A15/4
Phoenix, Arizona 85009

> ILS does not give legal advice. The attached information may or may not be what you require.

*Graves, et al. v. Penzone, et al.*

CV77-00479-PHX-NVW

(Subparagraphs 5(a)(17), (20), (22), (23), (25), (26), (27), (28), and (29))

Subparagraph 5(a)(17): Defendants will adopt and implement written criteria for placing pretrial detainees in each level of mental health care, including subunits within the Mental Health Unit.

Subparagraph 5(a)(20): MCSO will consult with CHS mental health staff before placing a seriously mentally ill pretrial detainee in any type of segregated confinement.

Subparagraph 5(a)(22): A mental health provider or professional will be consulted before each planned use of force or involuntary treatment on a seriously mentally ill pretrial detainee.

Subparagraph 5(a)(23): Mental health staff will be involved in the implementation of any planned use of force or involuntary treatment on a seriously mentally ill pretrial detainee.

Subparagraph 5(a)(24): Defendants will adopt and implement a written policy regarding the use of discipline for behavior resulting from serious mental illness.

Subparagraph 5(a)(25): Defendants will adopt and implement a written policy regarding the use of isolation in a disciplinary segregation unit as a sanction against seriously mentally ill pretrial detainees.

Subparagraph 5(a)(26): Defendants will adopt and implement a written policy requiring that mental health staff be consulted regarding discipline of any seriously mentally ill pretrial detainee.

Subparagraph 5(a)(27): A potentially suicidal pretrial detainee will not be placed in isolation without constant supervision.

Subparagraph 5(a)(28): A potentially suicidal pretrial detainee will be placed into a suicide-resistant cell or safe cell only with "direct, continuous observation until a treatment plan is determined by medical staff."

Subparagraph 5(a)(29): When a pretrial detainee is discharged from suicide watch or a safe cell, the pretrial detainee will be assessed by mental health staff within 24 hours of discharge.

# MARICOPA COUNTY SHERIFF'S OFFICE

## <u>CERTIFICATION</u>

I hereby certify that on this date  **04/24/18** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

_____      _____
Legal Support Specialist Signature      S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

T447240

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
LOWER BUCKEYE JAIL
3250 WEST LOWER BUCKEYE ROAD
PHOENIX, AZ 85009

RECEIVED
MAY 03 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 10
Phoenix, AZ 85003